581

*Bibb* and *T. D. Gresham* for petitioner.    *Mr. S. P. Jones* for respondent.
See also, 45 S. W. (2d) 367.

No. 204.   VAN DEVENTER *v.* TENNESSEE EX REL. WALLACE, COMPTROLLER.   October 8, 1934.   Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Horace Van Deventer, pro se.*   No appearance for respondent.

No. 205.   CARROLLTON EXCELSIOR & FUEL Co., LTD. *v.* NEW ORLEANS & NORTHEASTERN R. Co.   October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. W. J. Waguespack* for petitioner.   No appearance for respondent.

No. 206.   ALEXANDER *v.* THELEMAN, TRUSTEE IN BANKRUPTCY.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Messrs. Henry C. Vidal* and *William V. Hodges* for petitioner.   *Mr. Wilbur F. Denious* for respondent.

No. 207.   BALTIMORE & OHIO R. Co. *v.* DEWALD.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George W. P. Whip* for petitioner.   No appearance for respondent.

No. 209.   HARRIS *v.* UNITED STATES.   October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs.*

582

*Neil Burkinshaw* and *Wm. B. O'Connell* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 216. MARYLAND CASUALTY Co. *v.* AMERICAN TRUST Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondent.

No. 217. PARSONS *v.* PROVIDENT MUTUAL LIFE INSURANCE Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. W. Press* for petitioner. No appearance for respondent.

No. 220. WITHERBEE ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Spotswood D. Bowers* and *Frank C. Laughlin* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 222. CLINCH-MITCHELL CONSTRUCTION Co. *v.* McCULLOUGH ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. C. A. Randolph* and *Addison L. Gardner, Jr.,* for petitioner. No appearance for respondents.